AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| **MARK HILL** | ) | **Case No. 5:26-MJ- 212 (CBF)** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of September 9, 2026 in the county of Jefferson in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 2252A(a)(5)(B)** | **Possession of child pornography** |
| **18 U.S.C. § 2252A(a)(2)(A)** | **Receipt of child pornography** |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☒ **Continued on the attached sheet.**

Cory R Shepard

*Complainant's signature*

**Cory Shepard, TFO, HSI**

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 9, 2026

Carla B. Freedman

*Judge's signature*

City and State: **Syracuse, New York**

**Hon. Carla B. Freedman, U.S. Magistrate Judge**

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cory Shepard, being duly sworn, hereby state as follows:

## I. INTRODUCTION

1. I am a Customs and Border Protection Officer (CBPO) with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), and as such I am empowered by law to investigate and make arrest for offenses enumerated in 18 U.S.C. § 2252A.

2. I have been employed as a Task Force Officer (TFO) since November 2020 and I am currently assigned to the Homeland Security Investigation (HSI) Task Force Resident Agent Office in Alexandria Bay, New York. While assigned to HSI, I have been responsible for enforcing customs laws, immigration laws and federal criminal statutes of the United States. My responsibilities as a TFO with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, and interviewing witnesses. I have been a TFO for approximately six years and have investigated and/or participated in investigations of child pornography, narcotics, smuggling, and immigration-related cases. My duties include the enforcement of federal criminal statutes involving the sexual exploitation of children, as codified in Title 18, United States Code, Sections 2251 through 2259. I have participated in searches of premises and assisted in gathering evidence by means of a search warrant. I have received training in the area of the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

3. My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in 18 U.S.C. §§ 2251-2259. I have received training in the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms of media, including video and computer media.

4. This affidavit is made in support of an application for a criminal complaint charging Mark HILL with violations of 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

5. The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

## II. THE INVESTIGATION AND PROBABLE CAUSE

6. As part of an ongoing investigation, the New York State Police (NYSP) Computer Crimes Unit (CCU) in Oneida, NY initiated the use of investigative software that was connected to the Internet to conduct an investigation on the BitTorrent network. The investigative software is designed to search the BitTorrent network for computers that are possessing and offering to share files depicting child pornography. The software accomplishes this by comparing torrent file info hashes for files that are being offered for share on the BitTorrent network with info hashes contained within a "torrents of interest" list.

7. If an info hash match for a "torrent of interest" is identified, the investigative software will note the Internet Protocol (IP) address of the computer possessing that torrent file, and it will attempt to download the file(s) associated with the torrent file from the computer that is using that IP address (if the files are being made available for download by the suspect computer). The investigative software accomplishes this by establishing a direct connection with the computer using the suspect IP address. All downloads made by the investigative software are single-source downloads, meaning that

they are obtained from the single computer that is using the suspect IP address, as opposed to downloading parts of the file(s) from multiple sources.

8. Through info hash matches, the investigative software noted that a computer using IP address 69.204.85.109:14082 (the "SUSPECT IP ADDRESS") possessed and was sharing child pornography. Specifically, the investigative software observed that a computer using the SUSPECT IP ADDRESS possessed a "torrent of interest" and was sharing files associated with it via the BitTorrent network.

9. From approximately April 2026 through July 2026, the investigative software connected directly to the SUSPECT IP ADDRESS and downloaded torrents of interest (based on the info hash) approximately 10 times. These downloads were sole-source downloads meaning that the file was downloaded only from the SUSPECT IP ADDRESS. One of these downloads is described below.

10. On or about June 15, 2026, the investigative software established a direct connection with a computer that was using the SUSPECT IP ADDRESS and downloaded multiple files from it that were associated with a "torrent of interest." I personally viewed the files downloaded from the SUBJECT IP ADDRESS and confirmed that they depicted child pornography. One of the files, file 000035, is a video, approximately 51 seconds in length. The video depicts a male child approximately six years of age and an adult male, who are both unclothed. The adult male is manipulating the minor boy's penis with his hand.

11. Additional investigation revealed that, on June 15, 2026, at 7:42 p.m., which was the date and time of the BitTorrent activity described above, the SUSPECT IP ADDRESS was assigned to an individual with a residence on County Route 59 in Dexter, New York (the "Residence").

12. Law enforcement research revealed that the individual subscribed to the SUSPECT IP ADDRESS is the father of and lives with Mark HILL[1].

[1] Mark HILL is a level 1 registered sex offender as a result of a prior conviction in the state of New York. On or about January 17, 2014, HILL was convicted of Rape in the Third Degree in violation of NY Penal Law § 130.25(2).

13. On September 4, 2026, your affiant applied for federal search warrants authorizing the search of the individual subscribed to the SUBJECT IP ADDRESS, Mark HILL, the residence on County Route 59, and two vehicles linked to the residence. The warrants were authorized by United States Magistrate Judge, Carla Freedman, on the same date.

14. On September 9, 2026, agents from Homeland Security Investigations executed the warrants, during which Mark HILL was encountered. HILL was thereafter transported to the New York State Police barracks in Watertown, New York.

15. During the search of the residence, a laptop computer and a Toshiba external hard drive were located, both of which were manufactured outside the state of New York. The laptop was accessed by a passcode that was provided by HILL during a post-*Miranda* interview discussed further below. During an initial review of the laptop, the display name for the primary user account on the device was Mark HILL. Further examination of the device was performed and investigators noted that FOLX[2] was still installed on the device.

16. During the on-scene triage of the laptop investigators opened the primary media player and noted the most recently played videos all had the naming conventions containing "PTHC"[3] within their file names. When attempting to open the files the laptop displayed a notification indicating it was looking for a Toshiba external drive to play the files. As noted above, during the search of the residence a Toshiba drive had been located in the bedroom belonging to Mark HILL. Investigators conducted a forensic preview of the Toshiba drive and confirmed that it contained thousands of files that constitute child pornography including:

[2] Folx is a comprehensive download manager and torrent client for Mac. Fully compatible with the latest macOS Tahoe, Folx provides users with advanced features such as scheduling, download splitting, and speed adjustment.

[3] In my training and experience, "PTHC" is commonly used to identify media involving "pre-teen hard core" which is another name for child pornography.

a. A video, approximately one minute and thirty-two second long, depicting a prepubescent female child approximately two to four years old, who is partially nude and laying on her back with her legs spread open. An adult male is rubbing his erect penis on the outside of the child's vagina until he ejaculates onto the child's vagina.

b. A video, approximately thirty-six seconds long, depicting a female child approximately five to seven years old. The female child is performing oral sex on an adult male's erect penis.

17. During a post-*Miranda* interview, as discussed above, Mark HILL acknowledged that the laptop and Toshiba drive belonged to him and that he used both devices. He also provided the passcode to access the laptop. HILL also stated that the capacity of the internal drive of the laptop is small and that he used the Toshiba drive to save files he downloaded from the BitTorrent network.

## III. CONCLUSION

18. Based on the above information, there is probable cause to believe that Mark HILL has violated 18 U.S.C. §§ 2252A(a)(5)(B) (possession of child pornography) and 2252A(a)(2)(A) (receipt of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Cory Shepard, Task Force Officer
Homeland Security Investigations

I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on September 9, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Carla B. Freedman
United States Magistrate Judge